Argued December 2, affirmed December 2, 1971

# STATE OF OREGON, *Respondent, v.* JOE BERRY BISHOP (No. 100138), *Appellant.*

490 P2d 1284

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*John W. Osburn,* Solicitor General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.